UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES, For the Use of
FERGUSON ENTERPRISES, INC., a
Virginia corporation, and
FERGUSON ENTERPRISES, INC.,

        Plaintiff,

   v.

TIDEWATER CONTRACTORS INC., an
Oregon corporation; and THE
UNITED STATES FIDELITY AND
GUARANTY COMPANY, a Maryland
corporation,

        Defendants.

NO. CIV. 2:05-1967 WBS-DAD

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for December 19, 2005, and makes the following findings and orders without needing to consult with the parties any further:

I.   SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown under Fed. R. Civ. P. 16(b).

## II. JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown under Fed. R. Civ. P. 16(b).  See <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604 (9th Cir. 1992).

## III. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. §§ 1331 (federal question), 1367(a)(supplemental jurisdiction), and 40 U.S.C. § 3133 (rights of persons furnishing labor or material [Miller Act]).  Venue is undisputed and is hereby found to be proper.

## IV. DISCOVERY

The parties agree to waive the initial disclosures normally required Fed. R. Civ. P. 26 (a)(1)

The parties agree to disclose experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) by no later than June 30, 2006.

All discovery is left open, save and except that it shall be so conducted as to be <u>completed</u> by March 31, 2006.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than March 31, 2006.

///

1         V.   <u>MOTION HEARING SCHEDULE</u>

2         All motions, except motions for continuances, temporary
3 restraining orders or other emergency applications, shall be filed
4 on or before April 28, 2006.  All motions shall be noticed for the
5 next available hearing date.  Counsel are cautioned to refer to the
6 local rules regarding the requirements for noticing and opposing
7 such motions on the court's regularly scheduled law and motion
8 calendar.

9         VI.   <u>FINAL PRETRIAL CONFERENCE</u>

10         The Final Pretrial Conference is set for July 17, 2006
11 at 10:00 a.m. in Courtroom No. 5.  The conference shall be attended
12 by at least one of the attorneys who will conduct the trial for
13 each of the parties and by any unrepresented parties.

14         Counsel for all parties are to be fully prepared for
15 trial at the time of the Pretrial Conference, with no matters
16 remaining to be accomplished except production of witnesses for
17 oral testimony.  Counsel shall file separate pretrial statements,
18 and are referred to Local Rules 16-281 and 16-282 relating to the
19 contents of and time for filing those statements.  In addition to
20 those subjects listed in Local Rule 16-281(b), the parties are to
21 provide the court with: (1) a plain, concise statement which
22 identifies every non-discovery motion which has been tendered to
23 the court, and its resolution; (2) a list of the remaining claims
24 as against each defendant; and (3) the estimated number of trial
25 days.

26         In providing the plain, concise statements of undisputed
27 facts and disputed factual issues contemplated by Local Rule 16-
28 281(b)(3)-(4), the parties shall emphasize the claims that remain

at issue, and any remaining affirmatively pled defenses thereto. If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

### VII. TRIAL SETTING

The trial is set for September 12, 2006 at 9:00 a.m. in Courtroom No. 5.

### VIII. SETTLEMENT CONFERENCE

A Settlement Conference will be set at the time of the Pretrial Conference.

All parties should be prepared to advise the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.  At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  If the settlement judge is not the trial judge, the Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

### IX. MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the dates of the final Pretrial Conference or trial, may be heard and decided by the assigned Magistrate Judge.  All requests to change the dates of the
//
//


1  Pretrial Conference and/or trial shall be heard and decided only
2  the undersign judge.
3  DATED:   December 1, 2005

*William B. Shubb* (signature)

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE