1 Laurie R. Hager, CSB No. 212162
laurie@sussmanshank.com
2 Michael G. Halligan, OSB No. 82274,
    admitted *pro hac vice*
3 mikeh@sussmanshank.com
Sussman Shank LLP
4 1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
5 (503)227-1111 (phone)
(503)248-0130 (facsimile)
6

7
8
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, For the Use of FERGUSON ENTERPRISES, INC., a Virginia corporation, and FERGUSON ENTERPRISES, INC., <br><br>          Plaintiff, <br><br> v. <br><br> TIDEWATER CONTRACTORS INC., an Oregon corporation; and THE UNITED STATES FIDELITY AND GUARANTY COMPANY, a Maryland corporation, <br><br>          Defendants. | Case No. 2:05-CV-01967-WBS-DAD <br><br> AMENDED STIPULATION AND ORDER FOR CASE SCHEDULING DEADLINE |

Plaintiffs and defendants (the "parties") hereby stipulate and move the Court to modify the Court's Status (Pretrial Scheduling) Order of December 1, 2005 as follows:

All dispositive motions must be heard by June 26, 2006.

IT IS SO ORDERED:

DATED this 22nd day of May 2006.


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///

IT IS SO STIPULATED:

Page 1 – AMENDED STIPULATION AND ORDER FOR CASE SCHEDULING DEADLINE

PDF created with pdfFactory trial version www.pdffactory.com

1   SUSSMAN SHANK LLP

2

3   By: /s/ Laurie R. Hager
     Laurie R. Hager, CSB No. 212162
4    Michael G. Halligan, OSB No. 82274,
         admitted *pro hac vice*
5    Attorneys for Plaintiffs

6
    DIEPENBROCK HARRISON
7

8   By: /s/ Chris A. McCandless
     Eileen M. Diepenbrock, CSB No. 119254
9    Chris A. McCandless, CSB No. 210085
     Jeffrey L. Anderson, CSB No. 157982
10   Attorneys for Defendants Tidewater and Fidelity

11

12
    F:\CLIENTS\07215\396\P-STIPULATION FOR DEADLINES2.DOC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 – AMENDED STIPULATION AND ORDER FOR CASE SCHEDULING DEADLINE

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

PDF created with pdfFactory trial version www.pdffactory.com