LAURIE R. HAGER CSB#212162
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
(503) 227-1111
(503) 248-0130 (fax)

Attorneys for Use-Plaintiff and Plaintiff
FERGUSON ENTERPRISES, INC.

EILEEN M. DIEPENBROCK #119254
CHRIS A. MCCANDLESS #210085
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA  95814
(916) 492-5000
(916) 446-4535 (fax)

Attorneys for Defendants
TIDEWATER CONTRACTORS, INC. and
UNITED STATES FIDELITY AND GUARANTY
COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, For the Use of FERGUSON ENTERPRISES, INC., a Virginia corporation, and FERGUSON ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIDEWATER CONTRACTORS, INC., an Oregon corporation; and THE UNITED STATES FIDELITY AND GUARANTY COMPANY, a Maryland corporation,<br><br>Defendants. | Case No.  2:05-CV-01967 WBS DAD<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER RE: PRETRIAL STATEMENT** |

NOTICE IS HEREBY GIVEN, in accord with Local Rule 16-160, that the foregoing case was settled by and between all parties in this action.

The parties' settlement agreement conditions dismissal of the entire action on the

-1-
NOTICE OF SETTLEMENT; STIPULATION AND ORDER RE: PRETRIAL STATEMENT
G:\DOCS\SHU\DSHU2\inBOX\Signed\ferguson.doc

PDF created with pdfFactory trial version www.pdffactory.com

1 satisfactory completion of specified terms that are anticipated to be completed on or before
2 July 14, 2006. Therefore, the parties anticipate complete dismissal of the action on or
3 before July 28, 2006.

4   THEREFORE, IT IS HEREBY STIPULTED by and between the parties, through
5 counsel, Laurie R. Hager, Sussman Shank LLP, on behalf of use–plaintiff and plaintiff
6 Ferguson Enterprises, Inc., and Chris A. McCandless, Diepenbrock Harrison on behalf of
7 defendants Tidewater Contractors, Inc. and The United States Fidelity And Guaranty
8 Company, that preparation of a joint pretrial statement no longer is necessary.
9 Consequently, the parties jointly request that the Court excuse the parties from submission
10 of a joint pretrial statement.

11   IT IS SO STIPULTATED.

12 Dated: June 28, 2006           SUSSMAN SHANK LLP

13                                By _____/s/ Laurie R. Hager_____
14                                    LAURIE R. HAGER
                                   Attorneys for Use-Plaintiff and Plaintiff
15                                 FERGUSON ENTERPRISES, INC.

16 Dated: June 27, 2006           DIEPENBROCK HARRISON
17                                A Professional Corporation

18                                By _____/s/  Chris A. McCandless
19                                    CHRIS A. McCANDLESS
                                   Attorneys for Defendant TIDEWATER
20                                 CONTRACTORS, INC.

21                                **ORDER**

22   IT IS HEREBY ORDERED that, upon notice from the parties that they have reached
23 a complete settlement in the above-captioned action, the parties are excused from submitting
24 a joint pretrial statement.
25 SO ORDERED.

26 July 3, 2006

                                   WILLIAM B. SHUBB
27                                 UNITED STATES DISTRICT JUDGE
28

-2-
NOTICE OF SETTLEMENT; STIPULATION AND ORDER RE: PRETRIAL STATEMENT
G:\DOCS\SHU\DSHU2\inBOX\Signed\ferguson.doc

PDF created with pdfFactory trial version www.pdffactory.com